UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    2:97-cr-9-FtM-99DNF

MANUEL CARRILLO, JR.
_____

**OPINION AND ORDER**

   This matter comes before the Court on defendant's Motion for Downward Departure Pursuant to 18 U.S.C.A. § 3553(a) (Doc. #279) filed on October 19, 2009. Also before the Court is the United States' Motion to Dismiss Defendant's Pro Se Motion for Downward Departure Pursuant to 18 U.S.C.A. § 3553(a) for Lack of Jurisdiction (Doc. #280), filed on November 4, 2009. Defendant seeks a reduction of sentence because his status as a deportable alien has resulted in his ineligibility for certain benefits which could reduce his sentence and because of extremely poor conditions of confinement compared to non-aliens. The government views the motion as relating to the calculation of gain time.

  Because defendant is proceeding *pro se*, the Court must construe his request for post-conviction relief liberally, United States v. Brown, 117 F.3d 471, 475 (11th Cir. 1997), and consider all possible bases of authority even though none may be identified by defendant, United States v. Jordan, 915 F.2d 622, 624-25 (11th Cir. 1990), cert. denied, 499 U.S. 979 (1991). The Court has no inherent power to modify or correct a sentence, but rather must

look to the specific parameters of federal statutes and the Federal Rules of Criminal Procedure. United States v. Diaz-Clark, 292 F.3d 1310, 1315 (11th Cir. 2002), cert. denied, 539 U.S. 951 (2003). Title 18 U.S.C. § 3553(a) does not provide jurisdiction, and none of the provisions of 18 U.S.C. § 3582 apply to this case. The Court has already denied a § 2255 motion (Doc. #210), and defendant has not requested or received permission of the Court of Appeals to file a successive § 2255 motion. No basis for jurisdiction exists to consider defendant's motion. The Court therefore need not decide the government's motion and its argument concerning the calculation of gain time for defendant.

Accordingly, it is now

**ORDERED:**

1. Defendant's Motion for Downward Departure Pursuant to 18 U.S.C.A. § 3553(a) (Doc. #279) is **DENIED**.

2. The United States' Motion to Dismiss Defendant's Pro Se Motion for Downward Departure Pursuant to 18 U.S.C.A. § 3553(a) for Lack of Jurisdiction (Doc. #280) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of November, 2009.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Manuel Carrillo